UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ADAMS AND ASSOCIATES, INC., a Nevada corporation,

          Plaintiff,

v.

CHRIS CONNORS, MANAGEMENT & TRAINING CORPORATION, INC.,

          Defendant.

_____/

CASE NO.: 3:12-cv-00312-RCJ-WGC

**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

      Presently before the Court is Plaintiff ADAMS AND ASSOCIATES, INC.'s ("Adams" or "Plaintiff") Motion for Preliminary Injunction ("Motion"). (Doc. #3). Defendant Christopher Connors ("Connors") was duly served and received notice of the Motion and hearing. Mr. Connors filed an Opposition to the Motion on June 28, 2012. (Doc. #33).[1] Connors also filed a request to allow him to present testimony telephonically during the hearing. (Doc. #34). Adams filed an opposition to the request. (Doc. #35).

---

[1] Management and Training Corporation ("MTC") was previously named as a defendant in this action, but the claims against MTC were dismissed, without prejudice, prior to the hearing on the Motion for Preliminary Injunction.

The Court held a hearing on June 29, 2012. Counsel for Adams and Connors appeared at the hearing. At the outset of the hearing, the Court denied Connors' request to provide testimony telephonically.

The Court, having fully considered the Motion for Preliminary Injunction and supporting declarations and documents, the declarations submitted by Connors and the MTC witnesses, and oral argument presented at the hearing, finds that Adams has satisfied the required elements for a preliminary injunction as to Connors. The Court further finds that Mr. Connors has agreed that he will not become involved in the procurement process for the Gadsden facility contract with the Department of Labor ("DOL"), and that Connors' employer, Management & Training Corporation ("MTC"), has agreed it will not involve Connors in any procurement process involving the Gadsden facility contract.

As such, the Court hereby issues a preliminary injunction as follows:

IT IS ORDERED that Connors shall be preliminarily enjoined from:

(a) direct or indirect involvement in any procurement process, or assisting anyone or any entity to bid for a contract with the DOL to operate a Job Corps facility which is currently operated by Adams, including the Gadsden Center; and

(b) Using or disclosing Adams' confidential information.

IT IS FURTHER ORDERED that this injunction shall also be imposed on any person or entity acting in concert with Connors; that is, such person or entity is preliminarily enjoined from involving Connors in any way in any procurement process directed at obtaining a contract with the DOL to operate a Job Corps facility which is currently operated by Adams, including the Gadsden Center.

//

//

1     IT IS FURTHER ORDERED that Adams shall maintain security with the Clerk of the Court in the amount of five thousand dollars and zero cents ($5,000.00), which amount has already been posted by Adams.

    IT IS SO ORDERED.

    DATED: Dated: This 30th day of July, 2012.

    _____
    UNITED STATES DISTRICT JUDGE