

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ADAMS AND ASSOCIATES, INC., a
Nevada corporation,

    Plaintiff,

v.

CHRIS CONNORS, MANAGEMENT &
TRAINING CORPORATION, INC.,

    Defendant.

CASE NO.: 3:12-cv-00312-RCJ-WGC

**STIPULATED INJUNCTION**

Plaintiff Adams and Associates, Inc. ("Adams" or "Plaintiff") commenced this action with the filing of a Complaint on June 11, 2012. (Doc. #1). Adams also filed a Motion for Temporary Restraining Order and Motion for Preliminary Injunction ("Motion"). (Doc. #2, 3). Defendant Christopher Connors ("Connors") was duly served and received notice of the Motion and hearing, and Connors filed an Opposition to the Motion on June 28, 2012. (Doc. #33). After conducting an evidentiary hearing, on July 30, 2012, the Court entered its Order Granting Adams' Motion for Preliminary Injunction. (Doc. #48).

Since the entry of the Preliminary Injunction, the parties have filed a Stipulated Discovery Plan and Scheduling Order, (Doc. #50) and the parties have conducted discovery.

The parties have now reached settlement to resolve this dispute. They have executed a Settlement Agreement and Mutual Release. As part of the Settlement

Agreement, the parties have agreed that the Court's Order Granting Preliminary Injunction shall remain in place as set forth herein.

Therefore, the parties stipulate and agree that:

(a) Until November 30, 2016, Connors shall be enjoined from direct or indirect involvement in any procurement process, or assisting anyone or any entity, to bid for a contract with the Department of Labor to operate a Job Corps facility which is operated by Adams, including the Gadsden Center;

(b) Until November 30, 2016, any person or entity acting in concert with Connors, shall also be enjoined from involving Connors, directly or indirectly, in the procurement process directed at obtaining a contract with the Department of Labor to operate a Job Corps facility which is operated by Adams, including the Gadsden Center;

(c) Connors shall not use or disclose Adams' confidential information; and

(d) The security previously posted by Adams, in the amount of $5,000.00, shall be released to Adams and that the injunction shall remain in place and in full force and effect without security.

Dated: August 16, 2013

McDONALD CARANO WILSON LLP

/s/ Leigh Goddard
Leigh Goddard
Megan Starich
Attorneys for Plaintiff

Dated: August 16, 2013

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO

/s/ Stephanie Allen
Stephanie Allen
Severin Carlson
Attorneys for Defendant

///
///
///
///
///
///

IT IS SO ORDERED that:

(a) Until November 30, 2016, Connors shall be enjoined from direct or indirect involvement in any procurement process, or assisting anyone or any entity to bid for a contract with the Department of Labor to operate a Job Corps facility which is operated by Adams, including the Gadsden Center;

(b) Until November 30, 2016, any person or entity acting in concert with Connors, shall also be enjoined from involving Connors, directly or indirectly, in the procurement process directed at obtaining a contract with the Department of Labor to operate a Job Corps facility which is operated by Adams, including the Gadsden Center;

(c) Connors shall not use or disclose Adams' confidential information; and

(d) The security previously posted by Adams, in the amount of $5,000.00, shall be released to Adams and that the injunction shall remain in place and in full force and effect without security.

IT IS SO ORDERED.
Dated this 19th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE