# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADAMS AND ASSOCIATES, INC., a Nevada corporation, <br><br>　　　　Plaintiff, <br><br>v. <br><br>CHRIS CONNORS, <br><br>　　　　Defendant. _____/ | CASE NO.: 3:12-CV-00312-RCJ-WGC <br><br>[Proposed] <br><br>**JUDGMENT** |

Defendant CHRIS CONNORS has confessed and admitted, in a Confession of Judgment, that judgment should be entered against him. Accordingly, the Court enters judgment as follows:

1.　Against Defendant Connors and in favor of Plaintiff Adams and Associates, Inc. in the amount of **Eighteen Thousand Eight Hundred and no/100 Dollars ($18,800.00)** ("Judgment Principal"); and

2.　All attorneys' fees and costs incurred after breach of the Settlement Agreement in connection with the preparation of related documents, filing, enforcement and collection of this Judgment ("Fees and Costs"); and

3.　Interest on the Judgment Principal from the date of the Event of Default, December 16, 2013, until the Judgment Principal is paid in full, and on the Fees and Costs from the date incurred until the Fees and Costs are paid in full, at the prime rate at the largest bank in Nevada as ascertained by the Commissioner of Financial

Institutions on January or July 1, as the case may be, immediately preceding the date of judgment, plus 2 percent.

**IT IS SO ORDERED.**

Dated: March 20, 2014

_____
UNITED STATES DISTRICT JUDGE